# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**355 Main Street**
**Poughkeepsie, NY 12601**

---

| | |
|---|---|
| IN RE: Gerald D Prothro, Jr. | CASE NO.: 17−36822−cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−2119 | CHAPTER: 13 |

---

### DEFICIENCY NOTICE RE: PETITION FOR PAYMENT OF UNCLAIMED FUNDS

The Court is unable to process your *Petition for Payment of Unclaimed Funds* without additional information. **Within 30 days of the date of this Notice**, you must address the following deficiencies:

| CATEGORY OF DEFICIENCY | EXPANSION |
|---|---|
| [x] *Faulty Document(s)* | [x] Missing or Incomplete Explanation of Delay in Filing Original Disbursement for Payment |

**More specifically for this particular claim**:

Missing or Incomplete Explanation of Delay in Filing Original Disbursement for Payment

Any further questions should be directed to the Finance Department either in writing or by calling (212) 284−4091 or (212) 284−4075 during standard business hours. Should questions arise after hours, please leave a voicemail which includes contact name, phone number, case number, and a concise summary of the query.

As a reminder, all documentation in support of the claim should be mailed to the address given below:

*Finance Department*
*U.S. Bankruptcy Court, SDNY*
*1 Bowling Green*
*New York, NY 10004−1408*

Dated: 4/10/24

Vito Genna

*Clerk of the Court*

By: /s/  Humberto Cales

*Deputy Clerk*

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 17-36822-cgm |
| Gerald D Prothro, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 10, 2024 | Form ID: finnot | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + Gerald Dennis Prothro, Jr., 52 Brookland Farm Road, Poughkeepsie, NY 12601-5821 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 12, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gregory T. Dantzman | on behalf of Debtor Gerald D Prothro Jr. Greg@dantzmanlaw.com, r47302@notify.bestcase.com |
| Krista M. Preuss | info@ch13kp.com kpreuss13@ecf.epiqsystems.com |
| Krista M. Preuss | on behalf of Trustee Krista M. Preuss info@ch13kp.com kpreuss13@ecf.epiqsystems.com |
| United States Trustee | USTPRegion02.PK.ECF@USDOJ.GOV |

TOTAL: 4